IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

ARIEL PROCTOR,

        Plaintiff,

                                          Case No.: 2025-CA-002800CAAXMA

vs.

ORDELL MCCREA-HINDS and SOUTH
SHORE TRANSPORTATION COMPANY,

        Defendants.

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, ARIEL PROCTOR, by and through undersigned counsel, hereby sues the Defendants, ORDELL MCCREA-HINDS and SOUTH SHORE TRANSPORTATION COMPANY, and in support thereof alleges the following:

## JURISDICTION AND VENUE

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of pre-judgment interest, court costs and attorney's fees.

2. At all times material herein, the Plaintiff, ARIEL PROCTOR, was and is a resident of Manatee County, Florida.

3. At all times material herein, Defendant, ORDELL MCCREA-HINDS, was and is a resident of Manatee County, Florida.

4. At all times material hereto, Defendant, SOUTH SHORE TRANSPORTATION COMPANY was and is a Foreign Profit Corporation lawfully conducting business in Florida.

5. Jurisdiction is proper in the Twelfth Judicial Circuit in and for Manatee County, Florida.

6. The subject incident occurred in Manatee County Florida.

7. All conditions precedent to this action have occurred, have been performed or have been waived.

## GENERAL ALLEGATIONS

8. On or about January 16, 2024, Defendant, SOUTH SHORE TRANSPORTATION COMPANY, was the owner of a 2019 INT (hereinafter referred to as "the Subject Vehicle").

9. On or about January 16, 2024, Defendant, ORDELL MCCREA-HINDS, operated or maintained with the consent and permission of Defendant, SOUTH SHORE TRANSPORTATION COMPANY, the Subject Vehicle, in the vicinity of US 301 (STATE ROAD 683) and 51ST AVE EAST in Manatee County, Florida.

10. At the above-referenced time and place, Defendant, ORDELL MCCREA-HINDS, carelessly, recklessly and negligently operated and/or maintained the Subject Vehicle so that it collided with the motor vehicle Plaintiff, ARIEL PROCTOR, was in.

11. Defendants, ORDELL MCCREA-HINDS and SOUTH SHORE TRANSPORTATION COMPANY, are responsible for the damages that are foreseeable and proximately caused by Defendant, ORDELL MCCREA-HINDS's negligence.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT, ORDELL MCCREA-HINDS

12. Plaintiff ARIEL PROCTOR, realleges and incorporates into this Count paragraphs one (1) through eleven (11) above as if set forth herein.

13. As a result of the collision that occurred on or about 1/16/2024, Plaintiff, ARIEL PROCTOR, suffered bodily injury resulting in past and future medical expenses, past and future pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, aggravation of a previously existing condition, and other legal damages as are yet

undetermined. These losses are either permanent or continuing in nature and Plaintiff, ARIEL PROCTOR, will continue suffer these losses into the future.

WHEREFORE, Plaintiff, ARIEL PROCTOR, sues Defendant, ORDELL MCCREA-HINDS, and demands judgement for damages in an amount exceeding Fifty Thousand Dollars, exclusive of costs, against the Defendant, ORDELL MCCREA-HINDS, and for such other relief as this Honorable Court deems appropriate under the circumstances.

## COUNT II – VICARIOUS LIABILITY AGAINST DEFENDANT, SOUTH SHORE TRANSPORTATION COMPANY

14. Plaintiff, ARIEL PROCTOR, realleges and incorporates into this Count paragraphs one (1) through thirteen (13) above as if set forth herein.

15. Defendant, SOUTH SHORE TRANSPORTATION COMPANY, as the owner of the Subject Vehicle is strictly liable for Defendant, ORDELL MCCREA-HINDS, negligent operation and use of the vehicle under Florida's Dangerous Instrumentality Doctrine.

16. As a result of the collision that occurred on or about 1/16/2024, Plaintiff, ARIEL PROCTOR, suffered bodily injury resulting in past and future medical expenses, past and future pain and suffering, mental pain and anguish, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, ARIEL PROCTOR, will suffer the loses in the future.

WHEREFORE, Plaintiff, ARIEL PROCTOR, sues Defendant, SOUTH SHORE TRANSPORTATION COMPANY, and demands judgement for damages in an amount exceeding Fifty Thousand Dollars, exclusive of costs, against the Defendant, SOUTH SHORE

TRANSPORTATION COMPANY, and for such other relief as this Honorable Court deems appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, ARIEL PROCTOR, demands a trial by jury as a matter of right.

DATED January 22, 2026.

/s/ J. David Atkins, Esq.
J. David Atkins, Esq.
FBN: 114905
Kemp Law Group
Offices FL & GA (Mail) 11567 Trinity Boulevard
Trinity, FL 34655
Phone: 727-847-4878
Fax: 727-375-7300
service@kemplaw.com
datkins@kemplaw.com
ATTORNEY FOR PLAINTIFF